**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 6, 2015 | Probation: | Nicole Peterson |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tracy Weir | | |

Criminal Case No:   **12-cr-00134-WYD**          Counsel:

UNITED STATES OF AMERICA,                James R. Allison

      Plaintiff,

v.

**1.  PATRICK JAMES MURRAY**,            Joseph Saint-Veltri

      Defendant.

**SENTENCING**

**2:06 p.m.**      Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Wednesday, September 3, 2014, at 11:00 a.m.
> Plea of Guilty - count one of Indictment.**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

2:07 p.m.      Statement on behalf of Government (Mr. Allison).

2:07 p.m.      Statement on behalf of Defendant (Mr. Saint-Veltri).

2:13 p.m.      Statement on behalf of Probation (Ms. Peterson).

2:14 p.m.      Statement on behalf of Government (Mr. Allison).

|  |  |
|---|---|
|  | Defendant's Motion for Downward Departure [ECF Doc. No. 95], filed December 23, 2014, and Defendant's Second Motion for Downward Departure [ECF Doc. No. 96], filed December 23, 2014, are raised for argument. |
| 2:18 p.m. | Argument on behalf of Defendant (Mr. Saint-Veltri). |
| 2:30 p.m. | Argument on behalf of Government (Mr. Allison). |
| **ORDERED:** | Defendant's Motion for Downward Departure [ECF Doc. No. 95], filed December 23, 2014, is **DENIED.** |
| 2:33 p.m. | Argument on behalf of Defendant (Mr. Saint-Veltri). |
| 2:44 p.m. | Argument on behalf of Government (Mr. Allison). |
| 2:53 p.m. | Statement by Defendant on his own behalf (Mr. Murray). |
| **ORDERED:** | Defendant's Second Motion for Downward Departure [ECF Doc. No. 96], filed December 23, 2014, is **DENIED.** |
| **ORDERED:** | Defendant's Motion for Non-Guideline Sentence [ECF Doc. No. 102], filed December 26, 2014, is **GRANTED IN PART and DENIED IN PART, as outlined by the Court on the record.** |
|  | Court makes findings. |
| **ORDERED:** | Court will grant the third point for acceptance of responsibility. |
| **ORDERED:** | Defendant be **imprisoned** for **40** months.  The term of imprisonment imposed by the judgment shall run consecutively to the defendant's imprisonment, pursuant to the judgment in Jefferson County District Court Case Nos. 2011CR3415 and 2012CR224. |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |

    (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

    (X)    Defendant shall comply with standard conditions adopted by the Court.

    (X)    Defendant shall not unlawfully possess a controlled substance.

    (X)    The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

    (X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

3. The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

4. The defendant shall reside in a Residential Reentry Center (RRC) for a period of six months, to commence upon release from imprisonment and shall observe the rules of that facility.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Government's Motion to Dismiss Counts Two and Three of the Indictment [ECF Doc. No. 103], filed January 6, 2015, is **GRANTED.**

Order to Dismiss is **APPROVED BY THE COURT.**

**Court REQUESTS that the Bureau of Prisons determine the amount of credit that this defendant is entitled to against his federal sentence based on the totality of the record.**

**Court RECOMMENDS that the Bureau of Prisons place the defendant at an institution within the state of Colorado.**

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:08 p.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:02**